# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00690-CV

**In re Keith Russell Judd**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On this record, we cannot determine that the district court has abused its discretion in regard to any pending motion or that Judd would lack an adequate appellate remedy in that event. Consequently, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed:   November 16, 2011